UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division Div

In Re: ) Case No.: 13-00773
DESMOND L LEE )
) Chapter: 13
)
) Honorable JACQUELINE P COX
)
)
Debtor(s) )

ORDER DISMISSING CASE FOR UNREASONABLE DELAY

Having heard the facts presented, it appearing to the court that the Debtor(s) failure to appear or to produce requested information or documents is unreasonable and prejudicial to creditors.

IT IS THEREFORE ORDERED that this case is dismissed for unreasonable delay pursuant to 11 U.S.C. § 1307 (c) (1).

Enter:  J. Cox

Honorable JACQUELINE P COX
United States Bankruptcy Judge

Dated: AUG - 5 2013

**Prepared by counsel of Movant:**

Tom Vaughn
Chapter 13 Trustee
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
(312) 294-5900

Rev:20081125