Form ntcdsm

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Case No.: 13−00773
Chapter: 13
Judge: Jacqueline P. Cox

In Re:
   Desmond L Lee
   9702 S. Oglesby
   Chicago, IL 60617

Social Security / Individual Taxpayer ID No.:
   xxx−xx−8884

Employer Tax ID / Other nos.:

---

**NOTICE OF DISMISSAL**

You are hereby notified that an Order Dismissing the above case was entered on August 5, 2013

FOR THE COURT

Dated: August 6, 2013                    Kenneth S. Gardner , Clerk
                                         United States Bankruptcy Court